PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tammy McQueen                                           Cr.: 01-CR-00289

Name of Sentencing Judicial Officer: Faith S. Hochberg

Date of Original Sentence: 04-09-02

Original Offense: Conspiracy to Use Unauthorized Government Credit Cards

Original Sentence: Time served (6 months); Three (3) years of supervised release; $100 special assessment; and $9,958.56 in restitution.

Type of Supervision: Supervised release                    Date Supervision Commenced: 07-14-05

Assistant U.S. Attorney: Nancy Hoppock                    Defense Attorney: Andrea Bergman

## PETITIONING THE COURT

[X]  To issue a warrant
[  ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant shall reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.**' |
| | On September 17, 2005, the offender was cited twice for refusing to obey an order and once for disruptive conduct. On September 28, 2005, she was again cited for disruptive conduct. As a consequence of her conduct on the above mentioned dates, she will be discharged from the Community Corrections Center without completing the Court ordered term of thee (3) months. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Luis R. Gonzalez
Senior U.S. Probation Officer

Date:  09-29-05

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[X] Other

Terminate Supervised Release
without Improvement.

Signature of Judicial Officer

9/30/05

Date